**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Terrence Arnez DANIELS, a/k/a Tee, a/k/a Heck, Defendant— Appellant.**

**No. 11–7599.**

United States Court of Appeals, Fourth Circuit.

Submitted: March 29, 2012.

Decided: April 3, 2012.

Terrence Arnez Daniels, Appellant Pro Se. Stacey Denise Haynes, Assistant United States Attorney, Columbia, South Carolina, for Appellee.

Before WILKINSON, KING, and KEENAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Terrence Arnez Daniels appeals the district court's order denying his motion for a reduction of sentence under 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Daniels*, No. 5:01–cr–00736–CMC–2 (D.S.C. Nov. 21, 2011). We deny Daniels' motion to seal the opinion and for leave to proceed in forma pauperis and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*